

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| EXTERIOR SYSTEMS, INC. d/b/a Fabricating Solutions, a Wholly-Owned Subsidiary of Fibreboard, Inc., a Wholly-Owned Subsidiary of Owens Corning,  <br><br>Plaintiff,  <br><br>v.  <br><br>NOBLE COMPOSITES, INC., LARRY E. FARVER, KENNETH FARVER, and EDWARD WELTER,  <br><br>Defendants. | ) ) ) ) ) ) ) ) ) CASE NO. 3:01-CV-217RLM ) ) ) ) ) ) |

### ORDER OF DISMISSAL WITH PREJUDICE

This matter comes before the Court on the parties' Stipulated Motion for Dismissal With Prejudice. Upon consideration of said stipulated motion, the Court, being duly advised, hereby GRANTS the same.

IT IS HEREBY ORDERED that the parties' claims are hereby **DISMISSED, WITH PREJUDICE** against reinstatement, and that each party shall bear its own costs.

Dated: 3/4/03

s/Robert L. Miller, Jr.
Judge, United States District Court
Northern District of Indiana
South Bend Division

SBIMAN1 146049v1